Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MAURICIO TEJEDA,<br><br>        Defendant. | CR-13-00167-FVS<br><br>United States' Notice of Review of PreSentence Investigation Report |

Plaintiff United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie J. Lister, Assistant United States Attorney for the Eastern District of Washington, submits the following Notice of Review of the Presentence Investigation Report (hereinafter PSR) prepared by United States Probation Officer, Shane L. Moore, dated May 15, 2014. (ECF No. 43).

**INTRODUCTION**

The Defendant, Mauricio Tejeda, has plead guilty to Count Two of the Indictment charging him with Possession of Child Pornography, in violation of 18 U.S.C. §2252A(a)(5)(B). (ECF No. 1). Sentencing is scheduled for August 8, 2014 in Spokane, Washington.

United States' Notice of Review of the PreSentence Investigative Report -1

The United States has reviewed the Presentence Investigation Report and has determined, based upon information that is presently available, that the Presentence Report is factually complete and accurate.

**A.    The Sentencing Guideline Calculations and Statutory Provisions.**

The U.S. Probation Office has determined Defendant's base offense level, for Receipt of Child Pornography, pursuant to the United States Sentencing Guidelines (U.S.S.G.) 2013 edition § 2G2.2(a)(1), to be 18.  (PSR ¶ 19).  The U.S. Probation Office has determined that the facts of the case warrant a number of specific characteristic reductions and/or enhancements, which the parties also agreed to as part of the plea agreement:

- The offense involved victim minor(s) under the age of twelve years, U.S.S.G. § 2G2.2(b)(2);  (PSR ¶ 20);            (+2);
- The offense involved sadistic or masochistic depictions, U.S.S.G. §2G2.2(b)(4);  (PSR ¶ 21);            (+4);
- The offense involved the use of a computer, U.S.S.G. § 2G2.2(b)(6);  (PSR ¶ 22); and            (+2);
- The  offense involved 3,835 images (over 600 images), U.S.S.G. § 2G2.2(b)(7)(D);  (PSR ¶ 23)            (+5).

The United States concurs with the PSR that a downward adjustment for acceptance of responsibility is appropriate.  Thus, with a three level reduction for acceptance of responsibility, Defendant's total adjusted offense level is 28.  (PSR ¶ 30).

Defendant has no criminal history points, thus, his criminal history category is I.  (PSR ¶ 36).  Based upon Defendant's total adjusted offense level of 28 and a criminal history category of I, Defendant's sentencing guideline range is 78-97 months.  (PSR ¶ 58).

The statutory period of imprisonment for Possession of Child Pornography is not more than 20 years imprisonment. (PSR ¶ 57). As to supervised release, a period of not less than five (5) years nor more than a life term of supervised release is required, pursuant to 18 U.S.C. § 3583(k). (PSR ¶ 58).

Pursuant to the Fed. R. Crim. P. 11(c)(1)(C) plea agreement, the United States and the Defendant will be recommending a sentence of four (4) years imprisonment for possession of child pornography, to be followed by a twenty (20) year term of supervised release. (ECF 38, Plea Agreement pgs. 2 and 7).

Also, at the time of sentencing the United States will be moving to dismiss Count One of the Indictment, which charges the Defendant with Receipt of Child Pornography, in violation of 18 U.S.C. §2252A(a)(2). (ECF 38, Plea Agreement pg. 5, ¶ 6).

**B.    Fines, Forfeiture, Special Penalty Assessment, and Restitution.**

At sentencing, the United States does not anticipate requesting the Court impose a fine.

Pursuant to the Plea Agreement, the Defendant agreed to voluntarily forfeit the following:

    1)    One Apple iPOD Touch; and

    2)    One HTC EVO 3D Wireless phone,

seized from Defendant on August 21, 2013. (ECF 38, page 10).

A special penalty assessment of $100 is required. (PSR ¶ 66).

Restitution is not an issue. (PSR ¶ 68).

DATED July 1, 2014.

Michael C. Ormsby
United States Attorney

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

I hereby certify that on July 1, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Matthew Cambpell
Federal Defenders
10 N. Post St., Suite 700
Spokane, WA 99201

Shane L. Moore
U.S. Probation Officer
920 West Riverside, Room 540
Spokane, WA 99201

s/Stephanie J. Lister

Stephanie J. Lister
Assistant United States Attorney

United States' Notice of Review of the PreSentence Investigative Report -4